DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUAROA ZARZUELA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1692

[December 23, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 21-005997-CF10A.

Guaroa Zarzuela, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***